# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00614-CR

### Ex parte Kelly James McCarty

### FROM THE 33RD DISTRICT COURT OF BURNET COUNTY
### NO. 30842D, THE HONORABLE J. ALLAN GARRETT, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Kelly James McCarty, representing himself pro se, filed a notice of appeal from the district court's order denying his application for writ of habeas corpus. McCarty's brief on appeal was originally due April 20, 2022, but on McCarty's motions, the time for filing was extended to July 20, 2022. After this deadline passed, McCarty filed a fourth motion for extension of time, requesting an extension to September 6, 2022. To date, McCarty's pro se brief has not been filed.

We order appellant to file his pro se brief no later than November 7, 2022. No further extension will be granted. If the brief is not filed by that date, the appeal may be submitted on the record alone. *See* Tex. R. App. P. 38.8(b)(4).

It is ordered on October 14, 2022.

Before Justices Goodwin, Baker, and Kelly

Do Not Publish